IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DABU,<br><br>  Plaintiff,<br><br>  v.<br><br>BECKS CREEK INDUSTRY,<br><br>  Defendant.<br>_____/ | No. C 08-05626 JSW<br><br>**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE** |

    Pursuant to Local Rule 72-1, plaintiff's motion for default judgment against defendant Becks Creek Industry filed on June 3, 2008, is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: July 1, 2009

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE

cc:    Wings Hom