1
2
3
4
5
6

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA DABU ) | Case No.: 3:08-cv-05626-JSW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ~~[PROPOSED]~~ ORDER GRANTING |
| ) | MOTION FOR TELEPHONIC |
| BECKS CREEK INDUSTRY ) | APPEARANCE |
| ) | |
| Defendant. ) | |
| ) | |

Upon good cause showing, Nicholas J. Bontrager, counsel for Plaintiff MARIA DABU, shall be allowed to make his telephonic appearance for the upcoming Motion for Default Judgment scheduled for September 23, 2009 at 10:00 AM.   <u>However if defendant appears, plaintiff may not cross-examine by telephone.</u>   **Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

**IT IS SO ORDERED.**

Date: September 18, 2009                    By: *[signature]*
                                            ~~Hon. United States District Judge~~
                                            Bernard Zimmerman, U.S. Magistrate Judge

- 1 -