IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA DABU,

    Plaintiff,

v.

BECKS CREEK INDUSTRY,

    Defendant.

No. C 08-05626 JSW

**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation re Plaintiff's Motion for Default Judgment. In his Report and Recommendation, Magistrate Judge Zimmerman recommends that this Court grant the motion and award Plaintiffs (1) $2,000.00 in statutory damages, (2) $3,350.00 in attorneys' fees and costs. There have been no objections filed thereto. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for default judgment against defendant Becks Creek Industry filed is GRANTED. Plaintiff is awarded $2,000.00 in damages and $3,350.00 in attorney's fees and costs. A separate judgment shall issue, and the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: December 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE