IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA DABU,

    Plaintiff,                                        No. C 08-05626 JSW

   v.

BECKS CREEK INDUSTRY,                        **JUDGMENT**

    Defendant.
_____/

    Pursuant to this Court's Order adopting Magistrate Judge Zimmerman's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendant in the amount of $2,000.00 in damages and $3,350.00 in attorney's fees and costs.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: December 22, 2009

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE